ELIZABETH C. CLIFFORD, as Administratrix, etc., of JOHN J. CLIFFORD, Deceased, Respondent, v. JOSEPH A. MONGAN, Appellant.— Judgment and order unanimously affirmed, with costs.

JOSEPH DOBBINS, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

JAMES E. FLYNN v. FRED R. BADGER.— Motion denied.

JOHN FASH and JOHN J. JOYCE, Appellants, v. PASQUALE BRUNO, Respondent.— Judgment and order unanimously affirmed, with costs.

FRANTZ MANUFACTURING COMPANY, Respondent, v. OLIVER H. PERRY, Appellant.— Interlocutory judgment unanimously affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer on payment of costs in this court and in the court below.

CHARLES GABEL, Respondent, v. JEREMIAH PARTRIDGE and LOUIS CANFIELD, Appellants.— Judgment unanimously affirmed, with costs.

LAURA A. GILCHRIST, Plaintiff, v. SENECA R. STODDARD and Others, Appellants. LE ROY R. STODDARD and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

JAMES Y. GATCOMB, Respondent, v. THE STATE OF NEW YORK, Appellant. — Judgment unanimously affirmed, with costs.

WALTER C. GREENE, Individually and as Sole Surviving Executor, etc., of ANGELICA VAN VRANKEN, Deceased, Appellant, v. GRACE FITZGERALD, and Others, Respondents.— Judgment unanimously affirmed, with separate costs to the defendants separately answering and filing briefs on this appeal, on the ground that the action involves only real estate and cannot, therefore, be maintained by the plaintiff for the reasons stated by Whitmyer, J., at Trial Term.